IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                   No. CR S-01-0190 LKK DAD P

      vs.

DAVID MIN PARK,

      Movant.                     ORDER TO SHOW CAUSE

_____/

      Movant, a former federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed January 16, 2007, respondent was ordered to file, within thirty days, a response to the movant's § 2255 motion. Respondent has not filed a response to the motion. Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order respondent shall file and serve an opposition or procedural motion to movant's § 2255 motion and shall show cause in writing why sanctions should not be imposed for failure to file a timely response.

DATED: February 27, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
park0190.102.osc