IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-01-0190 LKK DAD P

    vs.

DAVID MIN PARK,

    Movant.                  ORDER

_____/

        Movant, a former federal prisoner proceeding pro se, has filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. On February 28, 2007, this court ordered respondent to show cause for failure to file a response to movant's § 2255 motion. On March 6, 2007, respondent filed a timely response and declaration. This action has two case numbers, and respondent timely filed a motion to dismiss in the other-numbered action but was unaware that a response was required in this action as well. Since movant only filed one motion, albeit with two case numbers on it, respondent intended his response to apply to both of the cases. Upon receiving this court's order to show cause, respondent's office launched an investigation to determine why no one had received an email notification of the order to respond in this action. The assigned email address was no longer being monitored due to turnover in the office. Respondent maintains that had it been realized that the court had issued two orders to respond,

respondent would have put both case numbers on the response and filed the same response in both cases.  Good cause appearing, the court will discharge the order to show cause and deem respondent's March 6, 2007 response timely.

On March 1, 2007, movant filed a motion for default because of respondent's alleged failure to respond to movant's § 2255 motion. "[F]ailure to respond to claims raised in a petition for habeas corpus does not entitle the petitioner to default judgment." Gordon v. Duran, 895 F.2d 610, 612 (9th Cir. 1990).  Moreover, for reasons stated above, this court will deem respondent's March 6, 2007 response timely.  Accordingly, movant's motion for entry of default will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The February 28, 2007 order to show cause is discharged;

2. Respondent's March 6, 2007 motion to dismiss is deemed timely;

3. Movant's opposition shall be filed and served within thirty days from the date of this order; respondent's reply shall be filed and served within thirty days after the opposition is served; and

4. Movant's March 1, 2007 motion for default judgment is denied.

DATED: March 12, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
park0190.dch